510

158 A.3d 1178

WELLS FARGO BANK, N.A., PLAINTIFF–RESPONDENT, v.
DEMETRIA GUIUAN, DEFENDANT–PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003889–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 1179

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DAVID MOON, DEFENDANT–PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002957–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.